# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CLAY MEANS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 2:18-cv-00329-KOB-TMP |
| LUTHER L. STRANGE, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On May 8, 2018, the magistrate judge entered a report recommending the court dismiss the petition without prejudice for failure to prosecute and because the court lacks jurisdiction to adjudicate the petitioner's claims because it is a successive claim. (Doc. 4). Although the magistrate judge advised the petitioner of his right to file specific written objections within fourteen days, the court has received no objections.

After careful consideration of the record in this case, including the magistrate judge's report and the absence of objections, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendations. In accordance with the recommendation, the court finds that the petition in this matter

should be dismissed without prejudice for failure to prosecute and because the court lacks jurisdiction to adjudicate the petitioner's claims.

The court will enter a separate Order.

The court DIRECTS the Clerk to serve a copy of this Memorandum Opinion on the petitioner.

DONE and ORDERED this 10th day of July, 2018.

**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE